NO. 07-02-0067-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MARCH 7, 2002

_____

IN THE INTEREST OF CHRISTOPHER MARTINEZ, A CHILD

_____

FROM THE COUNTY COURT AT LAW NO. 2 OF LUBBOCK COUNTY;

NO. 91-533,594; HONORABLE DREW FARMER, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Appellant Jesus Martinez perfected an appeal from a default judgment modifying support in a suit affecting the parent-child relationship. Pending before this Court is appellant's "Withdrawal of Notice of Restricted Appeal" by which he expresses his desire to no longer pursue this appeal. We grant his request and dismiss the appeal.

Without passing on the merits of the case, appellant's request is granted and the appeal is hereby dismissed. *See* Tex. R. App. P. 42.1(a)(2). Having dismissed the appeal

at appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Don H. Reavis
Justice

Do not publish.